# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ROGER CRAIG, an individual<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSUM COMMUNICATIONS SWEDEN AB, a business entity; STEPSTONE GmbH, a business entity; PETTER NYLANDER, an individual; UNIVERSUM COMMUNICATIONS INC., a New York Corporation; UNIVERSUM COMMUNICATION HOLDING INC., a Delaware Corporation; and DOES 3-10,<br><br>Defendants. | Case No. 4:20-cv-01284-HSG<br><br>**ORDER DENYING PLAINTIFF ROGER CRAIG'S ADMINISTRATIVE MOTION TO CONTINUE THE BREIFING SCHEDULE ON DEFENDANT UNIVERSUM'S MOTION TO DISMISS UNTILL AFTER PLAINTIFF'S MOTION TO REMAND IS RESOLVED [L.R. 7-11]** |

Plaintiff Roger Craig's motion to for administrative relief came before this Court pursuant to N.D. Cal. Civil L.R. 7-11.  The motion is **DENIED**.

IT IS SO ORDERED.

Date:  March 17, 2020

By: _____
The Hon. Haywood S. Gilliam, Jr.
District Court Judge
United States District Court for the Northern District of California

- 2 -
ORDER